# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2933

_____

| | | |
|---|---|---|
| Ken Matthews; Nan Matthews, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | |
| | * | |
| Fred Porter, Individually and in his | * | |
| capacity as Administrator, Motor | * | |
| Vehicle Division, a Section of the | * | |
| Arkansas Department of Finance & | * | |
| Administration; Roger Duren, Manager, | * | |
| Office of Motor Vehicles, Direct | * | Appeal from the United States |
| Services, individually in his own right | * | District Court for the |
| and in his capacity as State Official; | * | Eastern District of Arkansas. |
| Ford Motor Company, Dearborn, | * | |
| Michigan; Brian J. Roberts, Warranty | * | [UNPUBLISHED] |
| Administration Office, Ford Motor | * | |
| Company, Detroit, Michigan, | * | |
| individually and as a FMC employee; | * | |
| DOES, Other Arkansas Revenue | * | |
| Department, Ford staff names unknown | * | |
| at this time, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 7, 1998
Filed: December 18, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Ken and Nan Matthews appeal from the district court's[1] dismissal of their complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief could be granted. Having carefully reviewed the record and the parties' submissions, we conclude that the district court was correct. See Double D Spotting Serv., Inc. v. Supervalu, Inc., 136 F.3d 554, 557 (8th Cir. 1998) (de novo standard of review). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.